IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| William Michael Phillips, | ) | Civil Action No.: 6:14-366-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commission of Social Security | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security moves pursuant to sentence four of 42 U.S.C. § 405(g) for an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Plaintiff does not oppose Defendant's motion. Upon consideration, Defendant's motion is GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g)[1], and REMANDS the case to the Commissioner for further administrative proceedings.

On remand, the ALJ should specifically: (1) reconsider the plaintiff's allegation of fibromyalgia pursuant to Social Security Ruling 12-2p; (2) reconsider the plaintiff's Veterans' Administration disability rating; (3) obtain evidence from a medical expert concerning the nature and severity of the plaintiff's fibromyalgia during the period through June 30, 2012, the plaintiff's date last insurance; (4) take any steps necessary to complete the administrative record, and (5) issue a new decision.

**AND IT IS SO ORDERED.**

/s/ Bruce Howe Hendricks
United States District Judge

October 16, 2014
Greenville, South Carolina

---

[1] The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.